# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Target Construction, Inc. | ) | ASBCA Nos. 58812, 58813 |
| | ) | |
| Under Contract No. W912EE-10-C-0028 | ) | |

APPEARANCES FOR THE APPELLANT:  S. Leo Arnold, Esq.
Matthew W. Willis, Esq.
  Ashley, Ashley & Arnold
  Dyersburg, TN

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
John M. Breland, Esq.
Walker D. Moller, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Vicksburg

## ORDER OF DISMISSAL

The parties have filed a joint motion to dismiss with prejudice stating that the matters in dispute have been resolved. Accordingly, these appeals are dismissed with prejudice.

Dated: 8 July 2016

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58812, 58813, Appeals of Target Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals